IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

STEVEN WAYNE COOPER,        §
                            §
VS.                         §   CIVIL ACTION NO.4:13-CV-082-Y
                            §
WILLIAM STEPHENS,           §
Director, T.D.C.J.          §
Correctional Institutions Div. §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
AND ORDER DENYING CERTIFICATE OF APPEALABILITY

In this action brought by petitioner Steven Wayne Cooper under

28 U.S.C. § 2254, the Court has made an independent review of the

following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommendation of
     the United States magistrate judge filed on September 11,
     2013; and

3.   The petitioner's written objections to the proposed
     findings, conclusions, and recommendation of the United
     States magistrate judge filed on October 16, 2013.[1]

The Court, after **de novo** review, concludes that Petitioner's

objections must be overruled, and that the petition for writ of

habeas corpus should be denied and the request for an evidentiary

hearing denied, for the reasons stated in the magistrate judge's

findings and conclusions.

Therefore, the findings, conclusions, and recommendation of

the magistrate judge are ADOPTED.

Steven Wayne Cooper's petition for writ of habeas corpus under

28 U.S.C. § 2254 is DENIED.

*Certificate of Appealability*

Federal Rule of Appellate Procedure 22 provides that an appeal

may not proceed unless a certificate of appealability (COA) is

---

[1]Filed within the extended time provided by this Court.

issued under 28 U.S.C. § 2253.[2] Rule 11 of the Rules Governing Section 2254 Proceedings now requires that the Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."[3] The COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."[4] A petitioner satisfies this standard by showing "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists of reason could conclude the issues presented are adequate to deserve encouragement to proceed further."[5]

Upon review and consideration of the record in the above-referenced case as to whether petitioner Cooper has made a showing that reasonable jurists would question this Court's rulings, the Court determines he has not and that a certificate of appealability should not issue for the reasons stated in the September 11, 2013, Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[6]

Therefore, a certificate of appealability should not issue.

SIGNED November 5, 2013.

_Terry R. Means_

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[2] *See* Fed. R. App. P. 22(b).

[3] RULES GOVERNING SECTION 2254 PROCEEDINGS IN THE UNITED STATES DISTRICT COURTS, RULE 11(a) (December 1, 2009).

[4] 28 U.S.C.A. § 2253(c)(2)(West 2006).

[5] *Miller-El v. Cockrell,* 537 U.S. 322, 326 (2003)(citing *Slack v. McDaniel,* 529 U.S. 473, 484 (2000)).

[6] Fed. R. App. P. 22(b); *see also* 28 U.S.C.A. § 2253(c)(2)(West 2006).